# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** In Re BAPA Holdings

**v.**

NeWay Capital LLC

**Case No:** 25-7206

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

NeWay Capital LLC

### Counsel Information

**Lead Counsel:** Nicholas C. Dranias

**Direct Phone:** ( 602 ) 2282582  **Fax:** ( 602 ) 4831658  **Email:** ndranias@ndlawpolicy.com

**2nd Counsel:**

**Direct Phone:** (___) _____ **Fax:** (___) _____ **Email:**

**3rd Counsel:**

**Direct Phone:** (___) _____ **Fax:** (___) _____ **Email:**

**Firm Name:** Nick Dranias Law & Policy Analysis LLC

**Firm Address:** 3145 E. Chandler Blvd. Ste. 110-645, Phoenix, AZ 85048

**Firm Phone:** ( 602 ) 2282582 **Fax:** ( 602 ) 4831658 **Email:** ndranias@ndlawpolicy.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.