**NICK DRANIAS LAW & POLICY ANALYSIS LLC**
*A Network of Independent Attorneys and Policy Analysts, not a Partnership*
3145 E. Chandler Blvd., Suite 110-645
Phoenix, Arizona 85048
Office: 6025392703
Fax: 6024831658

Sole Managing Member:
Nicholas C. Dranias, Esq. — Licensed in AZ, DC, IL, MN, TX

Of Counsel:
Jeanette K. Doran, Esq. — Licensed in North Carolina
Nadia G. Semerdjieva, Esq. — Licensed in California

Via CM/ECF

May 29, 2026

Clifton B. Cislak, Clerk
United States Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W., 5th Floor
Washington, DC 20001-2866

Re: BAPA Holdings, Corp. v. NeWay Capital LLC, D.C. Cir. No. 25-7206
Notice of Placement for Delivery and Deposit: Physical Copies of Appellant's Opening and Reply Briefs

Dear Mr. Cislak:

Today, I am placing for Federal Express printing and delivery 8 physical copies of Appellant's previously electronically-filed Opening and Reply Briefs. The "coil" spiral-bound briefs should arrive no later than June 1, 2026; also, the cover of the opening brief should be blue and the reply brief cover should be gray, as per the Rules.

If you have any questions or concerns, please do not hesitate to let me know.

Respectfully submitted,

**/s/Nicholas C. Dranias**
Attorney for Appellant NeWay Capital LLC

cc: Tara J. Plochocki, Esq. (via CM/ECF)
David A. Short, Esq. (via CM/ECF)
SEQUOR LAW, P.A.
Counsel for Appellee